UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACLYN ANDRIANNE WARREN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNKNOWN,<br><br>　　　　Defendant. | No. 2:17-cv-2188-TLN-AC<br><br>ORDER |

Plaintiff, proceeding pro se, filed the above-entitled action. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

On October 26, 2017, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within twenty-one days. ECF No. 8. Plaintiff has filed objections to the findings and recommendations. ECF No. 9.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed October 26, 2017, are adopted in full; and

////

////

1

2. All claims against all defendants are dismissed with prejudice.

Dated: February 20, 2018

　　　　　　　　　　　　　　　　　／s／ Troy L. Nunley
　　　　　　　　　　　　　　　　　Troy L. Nunley
　　　　　　　　　　　　　　　　　United States District Judge